FILED

01/16/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0509

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.: DA 24-0509

IN THE MATTER OF THE ESTATE OF:
DAVID BRIAN WOLFE,

Deceased.

WENDY RAE WOLFE,

Plaintiff and Appellant,

v.

PHILIP M. WOLFE and Does 1-5,

Defendant and Appellee.

## ORDER

Upon consideration of Appellant's Unopposed Motion for Extension of Time to file her Reply Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall file and serve her Reply Brief on or before January 31, 2025.

No further extensions will be granted.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 16 2025